ACCEPTED
03-15-00522-CV
8044059
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 8:47:22 AM
JEFFREY D. KYLE
CLERK

# No. 03-15-00522-CV

_____

## In the Third Court of Appeals

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/2/2015 8:47:22 AM
JEFFREY D. KYLE
Clerk

_____

**MICHAEL W. SCHUETZ AND JAMIE K. SCHUETZ,**

*Appellants*,

**v.**

**SOURCE ONE MORTGAGE SERVICES CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CITIMORTGAGE, INC.; AND BARRETT DAFFIN FRAPPIER TURNER & ENGLE, ROBERT FERGUSON, AND BARBARA FERGUSON,**

*Appellees*.

_____

*On Appeal from Cause No. C2013-1445C*
*247th Judicial District Court, Comal County, Texas*
*Hon. Dib Waldrip, Judge Presiding*

---

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Rule 6.2, TEX. R. APP. P., Appellees Citimortgage, Inc. and Mortgage Electronic Registration Systems, Inc. hereby file this Notice of Appearance of Additional Counsel as follows:

| | |
|---|---|
| Susan A. Kidwell | Daniel Durell |
| State Bar No. 24032626 | State Bar No. 24078450 |
| skidwell@lockelord.com | daniel.durell@lockelord.com |
| LOCKE LORD LLP | LOCKE LORD LLP |
| 600 Congress Avenue, Suite 2200 | 600 Congress Avenue, Suite 2200 |
| Austin, Texas 78701 | Austin, Texas 78701 |

Telephone: (512) 305-4700      Telephone: (512) 305-4700
Facsimile: (512) 305-4800      Facsimile: (512) 305-4800


Dated: December 2, 2015

Respectfully submitted,

**LOCKE LORD LLP**

By:_____

  B. David L. Foster
    State Bar No. 24031555
    dfoster@lockelord.com
  Susan A. Kidwell
    State Bar No. 24032626
    skidwell@lockelord.com
  Daniel Durell
    State Bar No. 24078450
    daniel.durell@lockelord.com
  600 Congress Avenue, Suite 2200
  Austin, Texas 78701
  512-305-4700 (Telephone)
  512-305-4800 (Facsimile)

  Robert T. Mowrey
    State Bar No. 14607500
    rmowrey@lockelord.com
  LOCKE LORD LLP
  2200 Ross Avenue, Suite 2200
  Dallas, Texas 75201
  214-740-8000 (Telephone)
  214-740-8800 (Facsimile)

  **COUNSEL FOR CITIMORTGAGE, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2015, a true and correct copy of the foregoing was served via EFileTx.gov upon the following:

Stephen Casey
stephen@caseylawoffice.us
CASEY LAW OFFICE, P.C.
595 Round Rock West Drive
Suite 102
Round Rock, Texas 78681
*Counsel for Appellants*

Mark Hopkins
mark@hopkinslawtexas.com
HOPKINS LAW
12117 Bee Caves Road
Suite 260
Austin, Texas 78738
*Counsel for Appellees (BDFT&E)*

David Pfeuffer
dpfeuffer@nblawyers.net
BRAZLE & PFEUFFER, L.L.P.
170 E. San Antonio Street
New Braunfels, TX 78130
*Counsel for Appellees (Fergusons)*

_____
Susan A. Kidwell